**Order entered September 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00725-CV

## IN RE JEROME JOHNSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court is relator's September 6, 2019 pro se objection to the Court's order and memorandum opinion denying relief. Appellant is represented by counsel. Appellant is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992). Accordingly, appellant's motion is **DENIED**.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE